# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| **In the Matter of the Search of**<br>IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO OBTAIN LOCATION INFORMATION, INCLUDING PRECISION LOCATION INFORMATION; SUBSCRIBER AND TRANSACTIONAL RECORDS; CELL SITE INFORMATION; AND FOR A PEN REGISTER AND TRAP AND TRACE DEVICES FOR PHONE NUMBER (618) 855-3184. (See Attachment A). | 4:21 MJ 344 DDN<br>**FILED UNDER SEAL**<br><br>SIGNED AND SUMBITTED TO THE COURT FOR FILING RELIABLE ELECTRONIC MEANS |

## APPLICATION FOR A SEARCH WARRANT

I, __Nicholas Janos__, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

**See Attachment A**

located in the __Southern__ District of __Florida__, there is now concealed

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
    evidence of a crime;
    contraband, fruits of crime, or other items illegally possessed;
    property designed for use, intended for use, or used in committing a crime;
  X a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18   Section 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:

  SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.
  ✓ Continued on the attached sheet.
  ❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

                      *Nicholas Janos*
                      *Applicant's signature*
                Nicholas Janos, Criminal Investigator USMS
                    *Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: __December 15, 2021__          __/s/ David D. Noce__
                      *Judge's signature*

City and State: __St. Louis, Missouri__    Honorable David D. Noce U.S. Magistrate Judge
                      *Printed name and title*
                AUSA: NATALIE WARNER