UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO OBTAIN LOCATION INFORMATION, INCLUDING PRECISION LOCATION INFORMATION; SUBSCRIBER AND TRANSACTIONAL RECORDS; CELL SITE INFORMATION; AND FOR A PEN REGISTER AND TRAP AND TRACE DEVICES FOR PHONE NUMBER (618) 855-3184. | No.  4:21 MJ 344 DDN<br><br>**FILED UNDER SEAL** |

**ORDER TO UNSEAL WARRANT DOCUMENTS**

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, requesting the unsealing of the above-referenced Precision Location Warrant, along with the application, affidavit, return and other related documents.

IT IS ORDERED that the Precision Location Warrant, along with the application, affidavit, return and other related documents, presently sealed, be unsealed.

                                                        /s/   David D. Noce
                                                        DAVID D. NOCE
                                                        United States Magistrate Judge

Dated this **17th** day of May, 2022.